IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL D. BRYAN, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. SA-03-CA-1196-OG |
| | § | |
| ADVOCACY, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

**CAME ON TO BE CONSIDERED** on this ___ day of _January_____, 2004, the parties' Joint Motion to Dismiss with Prejudice and the Court, having considered the Motion, and the agreement of the parties, is of the opinion that the Motion should be **GRANTED**. It is therefore,

**ORDERED, ADJUDGED AND DECREED** that the parties' Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against Defendant are dismissed, in their entirety, with prejudice to refiling same, each party bearing their own costs of Court and their own attorneys' fees.

SIGNED this ___ day of _January_____, 2004.

_____
JUDGE PRESIDING

AGREED:

By: _____  
DAN DARGENE  
Texas State Bar No. 05384200  
JARRETT R. ANDREWS  
   Texas State Bar No. 24031703  
**WINSTEAD SECHREST & MINICK P.C.**  
5400 Renaissance Tower  
1201 Elm Street  
Dallas, Texas 75270  
(214) 745-5400 (Telephone)  
(214) 745-5930 (Facsimile)  

**ATTORNEYS FOR DEFENDANT ADVOCACY, INC.**

By: _____  
ARTHUR G. VEGA  
Texas State Bar No. 20533600  

**LAW OFFICES OF ARTHUR G. VEGA**  
115 Villita  
San Antonio, Texas 78205  
(210) 224-8888 (Telephone)  
(210) 225-7751 (Facsimile)  

**ATTORNEYS FOR PLAINTIFF MICHAEL D. BRYAN**

Dallas_1\4081181\1  
40261-6 12/13/2004